IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

GARY W. BECKHAM                                                    PLAINTIFF

v.                          No. 4:17-cv-564-DPM

SOCIAL SECURITY ADMINISTRATION,
Commissioner                                                       DEFENDANT

## JUDGMENT

The complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

3 May 2018